UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEIKELL ANTHONY MORALES (1),<br>JUAN CARLOS PRESIDA (2),<br>LEMARD ERICK BAKER WEBSTER (3),<br><br>Defendants. | Criminal Case No. 19CR2315-GPC<br><br>ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

Upon the government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case is hereby dismissed without prejudice.

Dated: October 31, 2019

Hon. Gonzalo P. Curiel
United States District Judge